## Raymond Meng et al., Appellants, v. Verdell V. Lucash, Appellee.

### Term No. 46M20.

opinion filed October 4, 1946; released for publication November 12, 1946. Walter Grossmann and Louis Beasley, for appellants; Baker, Lesemann, Kagy & Wagner, for appellee. Opinion by JUSTICE BARTLEY. Not to be published in full.

## Charles H. Theis, Appellant, v. Ernest Itterman, Appellee.

### Term No. 46M1.

opinion filed October 4, 1946; released for publication November 12, 1946. John B. Harris, for appellant; Geo. H. Muelder, for appellee. Opinion by JUSTICE STONE. Not to be published in full.